UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WARREN CREAMER,<br><br>Plaintiff,<br><br>v.<br><br>SUSIE SHERER, et al.,<br><br>Defendants. | Case No. 1:20-cv-00293-NONE-BAM<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(Doc. No. 3)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Bruce Warren Creamer, proceeding *pro se,* filed the instant action on February 26, 2020. (Doc. No. 1.) At the time of filing, Plaintiff did not pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On March 3, 2020, the Court ordered Plaintiff to pay the filing fee for this action or submit an application to proceed *in forma pauperis*. (Doc. No. 2.) On March 13, 2020, Plaintiff filed an application to proceed *in forma pauperis.* (Doc. No. 3.)

Plaintiff's application to proceed *in forma pauperis* was not adequately completed. In response to questions regarding whether Plaintiff has received any money from identified sources, Plaintiff marked "yes" to "[a]ny other sources" and typed "Pawning to pay for Court [illegible]". However, when directed to describe each source of money and state the amount received and what he will continue to receive, Plaintiff did not substantively respond and instead stated "BLD. 6th P542 Injustice BLD 6th P405 18 U.S.C.A. Subsection 871, 1951 (4) Blackmail, Hobbs Act; Shakedown, Larceny by extortion!" Plaintiff also indicated that he owns real estate, stocks, bonds, securities, other financial instruments, automobiles, or other things of value. When

1

directed to describe this property and state its value, Plaintiff again did not substantively respond and instead stated "N/A home and auto CA. Penal Code 1986 ed. P251 Obstruction Subsection 692, 693, 694, 701, 701, 703, and 808[.]"

As written, Plaintiff's application is incoherent and insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. Plaintiff is reminded that he must disclose all assets and sources of money he receives, including the amounts. Further, the *in forma pauperis* application must be completed in full and must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff must accurately and adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; and

3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

**If Plaintiff fails to comply with this order, the Court will dismiss this action for failure to obey a court order and/or failure to prosecute.**

IT IS SO ORDERED.

Dated: **March 27, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE